1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
    FAX: (415) 436-7169
7
Attorneys for Defendants
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11

| | | |
|---|---|---|
| CHANGIZ AFSHARDOUST; AKRAM ANSARY, | ) ) ) | No. C 08-4952 SI |
| Plaintiffs, | ) ) | **STIPULATION TO DISMISS; PROPOSED ORDER** |
| v. | ) ) | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al., | ) ) ) | |
| Defendants. | ) ) | |

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO DISMISS
No. C 08-4952 SI

Plaintiffs, by and through their attorneys, and Defendants, by and through their attorneys, hereby stipulate to dismiss the above captioned matter, without prejudice. The parties shall bear their own costs and fees.

Dated: January 5, 2009                        Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney


                                              _____/s/_____
                                              MELANIE L. PROCTOR[1]
                                              Assistant United States Attorney
                                              Attorneys for Defendants


Dated: January 5, 2009                        _____/s/_____
                                              MARY BETH KAUFMAN
                                              Attorneys for Plaintiffs

### ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Clerk shall close the file.

Date: _____
      SUSAN ILSTON
      United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
No. C 08-4952 SI                              2